# PD-1458-16

OSIEL ALVAREZ

V.

STATE OF TEXAS

PDR NO. _____

COA NO. 11-14-00294-CR

TRIAL COURT NO. A-42,672

IN THE COURT OF CRIMINAL APPEALS

AT AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 22 2016

Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRECTIONARY REVIEW ALONG WITH MOTION TO SUSPEND TRAP 9.3 (b) (1)

COMES NOW, OSIEL ALVAREZ, TDCJ-CID NO. 01967111, IN THE ABOVE REFERENCED CAUSE NUMBERS AND FILES THIS MOTION FOR EXTENSION OF TIME REQUESTING AN EXTENSION OF 60 DAYS IN WHICH TO FILE ALONG WITH MOTION TO SUSPEND TRAP 9.3 (b) (1), AND IN SUPPORT SHOWS THE FOLLOWING:

FILED IN
COURT OF CRIMINAL APPEALS

DEC   2016

Abel Acosta, Clerk

I.

PETITIONER WAS CONVICTED IN THE 70TH JUDICIAL DISTRICT COURT OF ECTOR COUNTY, TEXAS, OF THE OFFENSE OF AGGRAVATED ROBBERY IN THE ABOVE REFERENCED TRIAL COURT NUMBER, THIS CAUSE WAS APPEALED TO THE ELEVENTH COURT OF APPEALS AND WAS AFFIRMED ON OR ABOUT NOVEMBER 30, 2016.

II.

PETITIONER'S REQUEST FOR EXTENSION OF TIME AND SUSPENSION OF TRAP 9.3 (b) (1) IS BASED ON THE FACT THAT HE IS PRESENTLY INCARCERATED IN THE TDCJ-CID AT THE ALLAN B. POLUNSKY UNIT IN LIVINGSTON, TEXAS 77351, AND IS PROCEEDING PRO-SE AND REQUIRES ADDITIONAL TIME TO RESEARCH AND THE POLUNSKY UNIT DOES NOT PROVIDE ACCESS TO A COPY MACHINE AND THIS BECOMES A BURDEN ON PETITIONER.

WHEREFORE PREMISES CONSIDERED PETITIONER PRAYS THAT THIS MOTION FOR EXTENSION OF TIME ALONG WITH HIS REQUEST TO SUSPEND TRAP 9.3 (b) (1) BE GRANTED.

CC. file

12/18/16

RESPECTFULLY SUBMITTED,

OSIEL ALVAREZ

POLUNSKY UNIT- TDCJ-CID NO. 01967111

3872 F.M. 350 SOUTH

LIVINGSTON, TEXAS 77351

Same has been sent to district attorney in Ector County, Texas